O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC GARNETT JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>TRAVIS PENNINGTON, et al.,<br><br>    Defendants. | Case No. EDCV 24-0678 DDP (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

  IT IS ORDERED that the Complaint is dismissed, and Judgment shall be entered DISMISSING this action with prejudice.

///

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the
2  Judgment herein on Petitioner at his current address of record and on counsel for
3  Respondent.

5  LET JUDGMENT BE ENTERED ACCORDINGLY.

7  DATED: March 10, 2025

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE