JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC GARNETT JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>TRAVIS PENNINGTON, et al.,<br><br>Defendants. | Case No. EDCV 24-0678 DDP (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: March 10, 2025

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE